UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LODA OKLA, LLC, and ) | |
| VICTORIA TIME CORP., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 13-CV-191-JED-FHM |
| ) | |
| MICKY JOE OVERALL, ) | |
| GINETTE LEE OVERALL, and ) | |
| EASTON ENTERPRISES, INC., ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Court has for its consideration the parties' "Joint Motion to Stay Proceedings" (the "Stay Motion," Doc. 30). Upon consideration of the Stay Motion, the absence of objection thereto, and for good cause shown, the Stay Motion is hereby **granted** to accommodate the parties' upcoming mediation and, failing that, arbitration. The Court notes that an arbitration panel has been appointed and the initial scheduling conference has occurred. In particular, the parties have represented that they conducted an "initial scheduling conference with the arbitration panel appointed by the American Bar Association in the arbitration proceedings." (Doc. 30, p. 1). Further, the parties have committed to "settle their disputes through mediation" and "[i]f mediation fails, the disputes *will be decided by the arbitrators*." (*Id.,* italics added). Based upon the parties' noted representations regarding settlement and/or arbitration, the Court finds that the case should be administratively closed pending completion of settlement and/or arbitration.

**IT IS FURTHER ORDERED** that the stay which is hereby imposed renders moot prior filings relating to the prospect of arbitration, including the Application to Stay Proceedings and

Compel Arbitration (Docs. 9, 14).  It is further ORDERED that, pursuant to LCvR 41.1, the Court Clerk is hereby directed to administratively close this case, and it shall remain administratively closed pending completion of the settlement and/or arbitration.  At that time, the parties shall file a Joint Status Report reflecting the result of the settlement and/or arbitration proceedings within ten (10) days of the completion of the settlement and/or arbitration proceedings.

**ORDERED** this 20th day of September, 2013.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE