# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

LODA OKLA, LLC, et al.
                                  Plaintiff(s)

vs.                                                                    Case Number:  13-CV-191-GKF-FHM

MICKEY JOE OVERALL, et al.
                                  Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
    Plaintiffs/Judgment Creditors, LODA OKLA, LLC and Victoria Time Corp.

---

May 1, 2015
Date

Type of Appointment: [✓] Retained   [ ] CJA

[ ] FPD   [ ] Pro Bono   [ ] Pro Se

8804
Oklahoma State Bar Number (If Applicable)

sswinson@gablelaw.com
e-mail address

/s/Sidney K. Swinson
Signature

Sidney K. Swinson
Print Name

Gable & Gotwals
Firm Name

100 West Fifth Street, Suite 1100
Mailing Address

Tulsa                           OK     74103
City                               State    Zip Code

(918) 595-4800       (918) 595-4990
Phone Number           Fax Number

## Certificate of Service

I hereby certify that on  05/01/2015          (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Joel L. Wohlgemuth
Jo Lynn Jeter
Ryan A. Ray
David A. Sturdivant
Bradley K. Beasley

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service            ☐ In Person Delivery

☐ Courier Service                ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/Sidney K. Swinson
Signature